UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| GREGORY MARSHAL TURCOTTE,  )<br>  )<br>    **Plaintiff**  )<br>  )<br>v.  )<br>  )<br>MICHAEL J. ASTRUE, SOCIAL  )<br>SECURITY ADMINISTRATION  )<br>COMMISSIONER,  )<br>  )<br>    **Defendant** | No. 1:11-cv-377-GZS |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 14, 2012 her Recommended Decision (ECF No. 19). The United States Magistrate Judge filed with the Court her Recommended Decision on Defendant's Motion to Alter or Amend (ECF No. 22) on July 27, 2012. Defendant filed his Objection to the Recommended Decision (ECF No. 24) on August 6, 2012. Plaintiff filed his Response to Defendant's Objection to the Recommended Decision (ECF No. 25) on August 23, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge as supplemented on July 27, 2012 (ECF No. 22) is hereby **AFFIRMED**.

2. It is **ORDERED** that this case is remanded for further proceedings consistent with Magistrate Judge's Recommended Decision, as supplemented.

/s/George Z. Singal
U.S. District Judge

Dated this 24th day of August, 2012.